| State Farm Mutual Auto Ins Co<br>One State Farm Plaza<br>Bloomington ILLINOIS 61710-0001 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | B09-Auto Co-Group 4<br>08/10/2019<br>08/23/2019 | Business Unit:<br>Advice #:<br>Advice Date: | STDBU<br>000000037286568<br>08/30/2019 | |
|---|---|---|---|---|---|

| Carmesha Reed<br>650 E. Vista Ridge Mall Dr<br>Apt 1013<br>Lewisville, TX 75067 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 264831<br>108858-Auto Injury<br>CityLine Building 2<br>Claim Specialist-Injury<br>$61,993.69 Annual | TAX DATA:<br>Tax Status:<br>Allowances:<br>Addl. Amount: | Federal<br>Single<br>5 | TX State<br>N/A<br>0 |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular Hours* | 30.766099 | 80.00 | 2,461.28 | | 35,978.22 | Fed-Withholdng | 189.88 | 2,941.23 |
| Overtime* | 30.766099 | 2.81 | 129.68 | | 7,342.36 | Fed-MED/EE | 37.57 | 723.39 |
| (O/T Derived rate) | 46.149466 | | | | | Fed-OASDI/EE | 160.64 | 3,093.12 |
| On The Spot Award | | | | 0.00 | 142.16 | | | |
| Enterprise Incentive | | | | 0.00 | 3,400.62 | | | |
| Retro OT Adjustment - EI | | | | 0.00 | 154.18 | | | |
| 2nd Shift Prem | | | | 0.00 | 5.23 | | | |
| 3rd Shift Prem | | | | 0.00 | 23.40 | | | |
| Weekend 1st Shift Premium | | | | 0.00 | 72.30 | | | |
| PTO | | | | 0.00 | 3,795.05 | | | |
| Non-PTO Paid Absence | | | | 0.00 | 1,178.30 | | | |
| TOTAL: | | 82.81* | 2,590.96 | | 52,091.82 | TOTAL: | 388.09 | 6,757.74 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| 401(k) Savings Plan | 50.00 | 900.00 | SF Credit Union | 50.00 | 1,861.05 | Medical/PPO Non-Taxable | 0.00 | 6,897.60 |
| Wellness Incentive PPO BT | 0.00 | -120.00 | 401K Loan 1 | 45.15 | 767.55 | Dental/PPO Non-Taxable | 0.00 | 437.12 |
| Medical/PPO Before-Tax | 0.00 | 1,832.96 | Dependent Life After-Tax | 0.00 | 6.40 | Life Non-Taxable | 0.00 | 253.40 |
| Dental/PPO Before-Tax | 0.00 | 256.96 | Long-Term Disability After-Tax | 0.00 | 71.32 | Life Taxable-Benefit* | 0.00 | 58.80 |
| Vision Before-Tax | 0.00 | 140.80 | | | | Dependent Life Taxable-Benefit* | 0.00 | 1.60 |
| Life Before-Tax | 0.00 | 118.56 | | | | | | |
| Group Voluntary AD/D-BeforeTax | 0.00 | 33.92 | | | | | | |
| TOTAL: | 50.00 | 3,163.20 | TOTAL: | 95.15 | 2,706.32 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,590.96 | 2,540.96 | 388.09 | 145.15 | 2,057.72 |
| YTD | 52,091.82 | 48,989.02 | 6,757.74 | 5,869.52 | 39,464.56 |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000037286568 | Checking | XXXXXXX9823 | 2,057.72 |
| TOTAL: | | | 2,057.72 |

For questions, call 1-877-272-1999

MESSAGE:
*Hours Worked

| State Farm Mutual Auto Ins Co<br>One State Farm Plaza<br>Bloomington ILLINOIS 61710-0001 | Pay Group: B09-Auto Co-Group 4<br>Pay Begin Date: 07/27/2019<br>Pay End Date: 08/09/2019 | | Business Unit: STDBU<br>Advice #: 000000037222976<br>Advice Date: 08/16/2019 | |
|---|---|---|---|---|
| Carmesha Reed<br>650 E. Vista Ridge Mall Dr<br>Apt 1013<br>Lewisville, TX 75067 | Employee ID: 264831<br>Department: 108858-Auto Injury<br>Location: CityLine Building 2<br>Job Title: Claim Specialist-Injury<br>Pay Rate: $61,993.69 Annual | | TAX DATA: Federal TX State<br>Tax Status: Single N/A<br>Allowances: 5 0<br>Addl. Amount: | |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular Hours* | 30.766099 | 73.10 | 2,249.00 | | 33,516.94 |
| PTO* | 30.766099 | 7.23 | 222.44 | | 3,795.05 |
| On The Spot Award | | | 0.00 | | 142.16 |
| Enterprise Incentive | | | 0.00 | | 3,400.62 |
| Retro OT Adjustment - EI | | | 0.00 | | 154.18 |
| Overtime | | | 0.00 | | 7,212.68 |
| 2nd Shift Prem | | | 0.00 | | 5.23 |
| 3rd Shift Prem | | | 0.00 | | 23.40 |
| Weekend 1st Shift Premium | | | 0.00 | | 72.30 |
| Non-PTO Paid Absence | | | 0.00 | | 1,178.30 |
| **TOTAL:** | | **80.33*** | **2,471.44** | | **49,500.86** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed-Withholdng | 152.13 | 2,751.35 |
| Fed-MED/EE | 33.84 | 685.82 |
| Fed-OASDI/EE | 144.69 | 2,932.48 |
| **TOTAL:** | **330.66** | **6,369.65** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401(k) Savings Plan | 50.00 | 850.00 |
| Wellness Incentive PPO BT | -7.50 | -120.00 |
| Medical/PPO Before-Tax | 114.56 | 1,832.96 |
| Dental/PPO Before-Tax | 16.06 | 256.96 |
| Vision Before-Tax | 8.80 | 140.80 |
| Life Before-Tax | 7.44 | 118.56 |
| Group Voluntary AD/D-BeforeTax | 2.12 | 33.92 |
| **TOTAL:** | **191.48** | **3,113.20** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| SF Credit Union | 100.00 | 1,811.05 |
| 401K Loan 1 | 45.15 | 722.40 |
| Dependent Life After-Tax | 0.40 | 6.40 |
| Long-Term Disability After-Tax | 4.49 | 71.32 |
| **TOTAL:** | **150.04** | **2,611.17** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical/PPO Non-Taxable | 431.10 | 6,897.60 |
| Dental/PPO Non-Taxable | 27.32 | 437.12 |
| Life Non-Taxable | 15.90 | 253.40 |
| Life Taxable-Benefit* | 3.70 | 58.80 |
| Dependent Life Taxable-Benefit* | 0.10 | 1.60 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,471.44 | 2,283.76 | 330.66 | 341.52 | 1,799.26 |
| YTD | 49,500.86 | 46,448.06 | 6,369.65 | 5,724.37 | 37,406.84 |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000037222976 | Checking | XXXXXXX9823 | 1,799.26 |
| **TOTAL:** | | | **1,799.26** |

For questions, call 1-877-272-1999

MESSAGE:
*Hours Worked

| State Farm Mutual Auto Ins Co<br>One State Farm Plaza<br>Bloomington ILLINOIS 61710-0001 | Pay Group: B09-Auto Co-Group 4<br>Pay Begin Date: 07/13/2019<br>Pay End Date: 07/26/2019 | Business Unit: STDBU<br>Advice #: 000000037159526<br>Advice Date: 08/02/2019 |
|---|---|---|
| Carmesha Reed<br>650 E. Vista Ridge Mall Dr<br>Apt 1013<br>Lewisville, TX 75067 | Employee ID: 264831<br>Department: 108858-Auto Injury<br>Location: CityLine Building 2<br>Job Title: Claim Specialist-Injury<br>Pay Rate: $61,993.69 Annual | TAX DATA: Federal / TX State<br>Tax Status: Single / N/A<br>Allowances: 5 / 0<br>Addl. Amount: |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Hours* | 30.766099 | 67.52 | 2,077.32 | | 31,267.94 |
| Overtime* | 30.766099 | 18.15 | 837.61 | | 7,212.68 |
| (O/T Derived rate) | 46.149311 | | | | |
| PTO* | 30.766099 | 7.64 | 235.05 | | 3,572.61 |
| On The Spot Award | | | 0.00 | | 142.16 |
| Enterprise Incentive | | | 0.00 | | 3,400.62 |
| Retro OT Adjustment - EI | | | 0.00 | | 154.18 |
| 2nd Shift Prem | | | 0.00 | | 5.23 |
| 3rd Shift Prem | | | 0.00 | | 23.40 |
| Weekend 1st Shift Premium | | | 0.00 | | 72.30 |
| Non-PTO Paid Absence | | | 0.00 | | 1,178.30 |
| TOTAL: | | 93.31* | 3,149.98 | | 47,029.42 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed-Withholdng | 282.57 | 2,599.22 |
| Fed-MED/EE | 43.68 | 651.98 |
| Fed-OASDI/EE | 186.77 | 2,787.79 |
| TOTAL: | 513.02 | 6,038.99 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401(k) Savings Plan | 50.00 | 800.00 |
| Wellness Incentive PPO BT | -7.50 | -112.50 |
| Medical/PPO Before-Tax | 114.56 | 1,718.40 |
| Dental/PPO Before-Tax | 16.06 | 240.90 |
| Vision Before-Tax | 8.80 | 132.00 |
| Life Before-Tax | 7.44 | 111.12 |
| Group Voluntary AD/D-BeforeTax | 2.12 | 31.80 |
| TOTAL: | 191.48 | 2,921.72 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| SF Credit Union | 100.00 | 1,711.05 |
| 401K Loan 1 | 45.15 | 677.25 |
| Dependent Life After-Tax | 0.40 | 6.00 |
| Long-Term Disability After-Tax | 4.49 | 66.83 |
| TOTAL: | 150.04 | 2,461.13 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical/PPO Non-Taxable | 431.10 | 6,466.50 |
| Dental/PPO Non-Taxable | 27.32 | 409.80 |
| Life Non-Taxable | 15.90 | 237.50 |
| Life Taxable-Benefit* | 3.70 | 55.10 |
| Dependent Life Taxable-Benefit* | 0.10 | 1.50 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 3,149.98 | 2,962.30 | 513.02 | 341.52 | 2,295.44 |
| YTD | 47,029.42 | 44,164.30 | 6,038.99 | 5,382.85 | 35,607.58 |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000037159526 | Checking | XXXXXXX9823 | 2,295.44 |
| TOTAL: | | | 2,295.44 |

For questions, call 1-877-272-1999

MESSAGE:
*Hours Worked

| State Farm Mutual Auto Ins Co<br>One State Farm Plaza<br>Bloomington ILLINOIS 61710-0001 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | B09-Auto Co-Group 4<br>09/05/2019<br>09/05/2019 | Business Unit:<br>Advice #:<br>Advice Date: | STDBU<br>000000037313590<br>09/09/2019 |
|---|---|---|---|---|

| | | | TAX DATA: | Federal | TX State |
|---|---|---|---|---|---|
| Carmesha Reed<br>650 E. Vista Ridge Mall Dr<br>Apt 1013<br>Lewisville, TX 75067 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 264831<br>108858-Auto Injury<br>CityLine Building 2<br>Claim Specialist-Injury<br>$61,993.69 Annual | Tax Status:<br>Allowances:<br>Addl. Amount: | Single<br>10 | N/A<br>0 |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| OurRewards Good Act Award | | | 142.14 | | 142.14 |
| On The Spot Award | | | 0.00 | | 142.16 |
| Enterprise Incentive | | | 0.00 | | 3,400.62 |
| Retro OT Adjustment - EI | | | 0.00 | | 154.18 |
| Regular Hours | | | 0.00 | | 35,978.22 |
| Overtime | | | 0.00 | | 7,342.36 |
| 2nd Shift Prem | | | 0.00 | | 5.23 |
| 3rd Shift Prem | | | 0.00 | | 23.40 |
| Weekend 1st Shift Premium | | | 0.00 | | 72.30 |
| PTO | | | 0.00 | | 3,795.05 |
| Non-PTO Paid Absence | | | 0.00 | | 1,178.30 |
| TOTAL: | | 0.00 | 142.14 | | 52,233.96 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed-Withholdng | 31.27 | 2,972.50 |
| Fed-MED/EE | 2.06 | 725.45 |
| Fed-OASDI/EE | 8.81 | 3,101.93 |
| TOTAL: | 42.14 | 6,799.88 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401(k) Savings Plan | 0.00 | 900.00 |
| Wellness Incentive PPO BT | 0.00 | -120.00 |
| Medical/PPO Before-Tax | 0.00 | 1,832.96 |
| Dental/PPO Before-Tax | 0.00 | 256.96 |
| Vision Before-Tax | 0.00 | 140.80 |
| Life Before-Tax | 0.00 | 118.56 |
| Group Voluntary AD/D-BeforeTax | 0.00 | 33.92 |
| TOTAL: | 0.00 | 3,163.20 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| SF Credit Union | 0.00 | 1,861.05 |
| 401K Loan 1 | 0.00 | 767.55 |
| Dependent Life After-Tax | 0.00 | 6.40 |
| Long-Term Disability After-Tax | 0.00 | 71.32 |
| TOTAL: | 0.00 | 2,706.32 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical/PPO Non-Taxable | 0.00 | 6,897.60 |
| Dental/PPO Non-Taxable | 0.00 | 437.12 |
| Life Non-Taxable | 0.00 | 253.40 |
| Life Taxable-Benefit* | 0.00 | 58.80 |
| Dependent Life Taxable-Benefit* | 0.00 | 1.60 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 142.14 | 142.14 | 42.14 | 0.00 | 100.00 |
| YTD | 52,233.96 | 49,131.16 | 6,799.88 | 5,869.52 | 39,564.56 |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000037313590 | Checking | XXXXXXX9823 | 100.00 |
| TOTAL: | | | 100.00 |

For questions, call 1-877-272-1999

MESSAGE:

Your net pay will be direct deposited into your bank account(s) 2-3 business days after the Date of Advice shown above. Contact your bank for verification of this direct deposit.

| State Farm Mutual Auto Ins Co<br>One State Farm Plaza<br>Bloomington ILLINOIS 61710-0001 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | B09-Auto Co-Group 4<br>08/24/2019<br>09/06/2019 | | Business Unit:<br>Advice #:<br>Advice Date: | STDBU<br>000000037351220<br>09/13/2019 | |
|---|---|---|---|---|---|---|
| | | | | **TAX DATA:** | Federal | TX State |
| Carmesha Reed<br>650 E. Vista Ridge Mall Dr<br>Apt 1013<br>Lewisville, TX 75067 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 264831<br>108858-Auto Injury<br>CityLine Building 2<br>Claim Specialist-Injury<br>$61,993.69 Annual | | Tax Status:<br>Allowances:<br>Addl. Amount: | Single<br>10 | N/A<br>0 |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular Hours* | 30.766099 | 66.03 | 2,031.49 | | 38,009.71 | Fed-Withholdng | 59.64 | 3,032.14 |
| PTO* | 30.766099 | 7.75 | 238.44 | | 4,033.49 | Fed-MED/EE | 34.38 | 759.83 |
| Non-PTO Paid Absence* | 30.766099 | 7.75 | 238.44 | | 1,416.74 | Fed-OASDI/EE | 146.98 | 3,248.91 |
| On The Spot Award | | | | 0.00 | 142.16 | | | |
| Enterprise Incentive | | | | 0.00 | 3,400.62 | | | |
| Retro OT Adjustment - EI | | | | 0.00 | 154.18 | | | |
| OurRewards Good Act Award | | | | 0.00 | 142.14 | | | |
| Overtime | | | | 0.00 | 7,342.36 | | | |
| 2nd Shift Prem | | | | 0.00 | 5.23 | | | |
| 3rd Shift Prem | | | | 0.00 | 23.40 | | | |
| Weekend 1st Shift Premium | | | | 0.00 | 72.30 | | | |
| TOTAL: | | 81.53* | 2,508.37 | | 54,742.33 | TOTAL: | 241.00 | 7,040.88 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| 401(k) Savings Plan | 50.00 | 950.00 | SF Credit Union | 100.00 | 1,961.05 | Medical/PPO Non-Taxable | 431.10 | 7,328.70 |
| Wellness Incentive PPO BT | -7.50 | -127.50 | 401K Loan 1 | 45.15 | 812.70 | Dental/PPO Non-Taxable | 27.32 | 464.44 |
| Medical/PPO Before-Tax | 114.56 | 1,947.52 | Dependent Life After-Tax | 0.40 | 6.80 | Life Non-Taxable | 15.90 | 269.30 |
| Dental/PPO Before-Tax | 16.06 | 273.02 | Long-Term Disability After-Tax | 4.49 | 75.81 | Life Taxable-Benefit* | 3.70 | 62.50 |
| Vision Before-Tax | 8.80 | 149.60 | | | | Dependent Life Taxable-Benefit* | 0.10 | 1.70 |
| Life Before-Tax | 7.44 | 126.00 | | | | | | |
| Group Voluntary AD/D-BeforeTax | 2.12 | 36.04 | | | | | | |
| TOTAL: | 191.48 | 3,354.68 | TOTAL: | 150.04 | 2,856.36 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,508.37 | 2,320.69 | 241.00 | 341.52 | 1,925.85 |
| YTD | 54,742.33 | 51,451.85 | 7,040.88 | 6,211.04 | 41,490.41 |

| | NET PAY DISTRIBUTION | | |
|---|---|---|---|
| Payment Type | Account Type | Account Number | Deposit Amount |
| Advice #000000037351220 | Checking | XXXXXXX9823 | 1,925.85 |
| TOTAL: | | | 1,925.85 |

For questions, call 1-877-272-1999

**MESSAGE:**
*Hours Worked

| State Farm Mutual Auto Ins Co<br>One State Farm Plaza<br>Bloomington ILLINOIS 61710-0001 | Pay Group: | B09-Auto Co-Group 4 | | Business Unit: | STDBU |
|---|---|---|---|---|---|
| | Pay Begin Date: | 09/07/2019 | | Advice #: | 000000037415238 |
| | Pay End Date: | 09/20/2019 | | Advice Date: | 09/27/2019 |

| | | | | TAX DATA: | Federal | TX State |
|---|---|---|---|---|---|---|
| Carmesha Reed | Employee ID: | 264831 | | Tax Status: | Single | N/A |
| 650 E. Vista Ridge Mall Dr | Department: | 108858-Auto Injury | | Allowances: | 10 | 0 |
| Apt 1013 | Location: | CityLine Building 2 | | Addl. Amount: | | |
| Lewisville, TX 75067 | Job Title: | Claim Specialist-Injury | | | | |
| | Pay Rate: | $61,993.69 Annual | | | | |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular Hours* | 30.766099 | 32.80 | 1,009.13 | | 39,018.84 | Fed-Withholdng | 0.00 | 3,032.14 |
| 2nd Shift Prem | 3.076610 | 2.00 | 6.15 | | 11.38 | Fed-MED/EE | 19.41 | 779.24 |
| PTO* | 30.766099 | 14.99 | 461.18 | | 4,494.67 | Fed-OASDI/EE | 83.01 | 3,331.92 |
| On The Spot Award | | | | 0.00 | 142.16 | | | |
| Enterprise Incentive | | | | 0.00 | 3,400.62 | | | |
| Retro OT Adjustment - EI | | | | 0.00 | 154.18 | | | |
| OurRewards Good Act Award | | | | 0.00 | 142.14 | | | |
| Overtime | | | | 0.00 | 7,342.36 | | | |
| 3rd Shift Prem | | | | 0.00 | 23.40 | | | |
| Weekend 1st Shift Premium | | | | 0.00 | 72.30 | | | |
| Non-PTO Paid Absence | | | | 0.00 | 1,416.74 | | | |
| TOTAL: | | 47.79* | 1,476.46 | | 56,218.79 | TOTAL: | 102.42 | 7,143.30 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| 401(k) Savings Plan | 50.00 | 1,000.00 | SF Credit Union | 100.00 | 2,061.05 | Medical/PPO Non-Taxable | 431.10 | 7,759.80 |
| Wellness Incentive PPO BT | -7.50 | -135.00 | 401K Loan 1 | 45.15 | 857.85 | Dental/PPO Non-Taxable | 27.32 | 491.76 |
| Medical/PPO Before-Tax | 114.56 | 2,062.08 | Dependent Life After-Tax | 0.40 | 7.20 | Life Non-Taxable | 15.90 | 285.20 |
| Dental/PPO Before-Tax | 16.06 | 289.08 | Long-Term Disability After-Tax | 4.49 | 80.30 | Life Taxable-Benefit* | 3.70 | 66.20 |
| Vision Before-Tax | 8.80 | 158.40 | | | | Dependent Life Taxable-Benefit* | 0.10 | 1.80 |
| Life Before-Tax | 7.44 | 133.44 | | | | | | |
| Group Voluntary AD/D-BeforeTax | 2.12 | 38.16 | | | | | | |
| TOTAL: | 191.48 | 3,546.16 | TOTAL: | 150.04 | 3,006.40 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,476.46 | 1,288.78 | 102.42 | 341.52 | 1,032.52 |
| YTD | 56,218.79 | 52,740.63 | 7,143.30 | 6,552.56 | 42,522.93 |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000037415238 | Checking | XXXXXXXX9823 | 1,032.52 |
| TOTAL: | | | 1,032.52 |

For questions, call 1-877-272-1999

MESSAGE:
*Hours Worked